**UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YOUR SOURCE RECRUITERS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ASCENTAGE PHARMA GROUP INC.<br><br>*Defendant*. | **Civil Action No. 26-8754**<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

COMES NOW PLAINTIFF, Your Source Recruiters, LLC ("YSR" or "Plaintiff"), by and through undersigned counsel, and files this Complaint against Defendant, Ascentage Pharma Group, Inc. ("Ascentage" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1. This is a commercial action for breach of contract arising from Defendant's failure and refusal to pay Plaintiff for executive recruitment and placement services fully performed under the parties' binding fee agreement.

## PARTIES, JURISDICTION, AND VENUE

2. Your Source Recruiters, LLC, is a Pennsylvania limited liability company maintaining its principal place of business at 333 East Lancaster Avenue, #344, Wynnewood, Pennsylvania.

3. YSR is owned in its entirety by Jay Bogdansky, its sole member.

4. Jay Bogdansky is a legal resident of the State of Florida, and is not a resident or citizen of the State of Delaware.

5. Defendant, Ascentage Pharma Group Inc., is a Delaware corporation which, upon information and belief, maintains its principal place of business at 700 King Farm Boulevard, Suite 510, Rockville, Maryland.

6. This action is brought pursuant to 28 U.S.C. § 1332(a)(1), and jurisdiction before this Court is proper because this is a civil action between citizens of different States and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2), because YSR is a Pennsylvania limited liability company whose principal place of business is in this district, and a substantial part of the events giving rise to the claim occurred within this district.

**FACTUAL ALLEGATIONS**

8. On or about June 15, 2026, YSR and Ascentage entered into a binding Recruiter Contingent Fee Agreement (the "Agreement") for executive recruitment and placement services.

9. Pursuant to the Agreement, YSR placed two separate candidates with Ascentage.

10. YSR fully performed its contractual obligations by identifying, sourcing, and presenting executive candidates who were ultimately hired by Ascentage.

11. Pursuant to the terms of the Agreement, Ascentage agreed to pay YSR the agreed-upon placement fees for qualified executive candidates referred by YSR and hired by Ascentage.

12. Under the terms of the Agreement, placement fees became due thirty (30) days following invoice issuance upon each candidate's start date.

13. YSR issued the following itemized invoices to Ascentage for executive recruitment services rendered, which together total $132,000 owed to YSR:

- Invoice No. 2026-008 in the principal amount of $55,000.00, payable within thirty (30) days of issuance.
- Invoice No. 2026-009 in the principal amount of $77,000.00, payable within thirty (30) days of issuance.

14. Invoice No. 2026-008 came due on September 10, 2026, and Invoice No. 2026-009 came due on to September 17, 2026.

15. More than thirty (30) days have elapsed since the issuance of Invoice No. 2026-008 and Invoice No. 2026-009.

16. Defendant accepted the services but has failed and refused to tender payment on either invoice, placing Defendant in default under the Agreement.

17. YSR has fulfilled its obligations under the Agreement.

18. Despite repeated demands for payment, Defendant remains in breach and has withheld the total principal amount owing of $132,000.00.

19. YSR reached the terms of a settlement of this matter, and YSR executed the "Mutual Release and Settlement Agreement" (the "Settlement") on or about October 20, 2026. However, Ascentage has neither returned their signature page nor made the payment required under the Settlement.

**COUNT I: BREACH OF CONTRACT**

20. Plaintiff realleges and incorporates by reference Paragraphs 1 through 18 as though fully set forth herein.

21. The Agreement constitutes a valid, legal, and binding contract between YSR and Ascentage.

22. YSR has fully performed all of its obligations under the Agreement.

23. Ascentage breached the Agreement by failing to tender payment due under Invoice No. 2026-008 and Invoice No. 2026-009 within thirty (30) days of issuance.

24. As a direct and proximate result of Ascentage's breach and subsequent refusal to honor the Settlement, YSR has suffered monetary damages in the amount of $132,000.00, plus statutory pre-judgment interest from the respective default dates, court costs, and reasonable attorneys' fees.

**COUNT II: UNJUST ENRICHMENT / QUANTUM MERUIT**
(Pled in the alternative)

25. Plaintiff YSR re-alleges and incorporates by reference Paragraphs 1 through 24 as if fully set forth herein.

26. YSR conferred a direct, substantial benefit upon Ascentage by identifying, vetting, and successfully facilitating the hiring of qualified executive talent for Ascentage's corporate operations.

27. Ascentage had full knowledge and appreciation of the professional benefit conferred by YSR.

28. Ascentage voluntarily accepted, retained, and derived economic value from the executive placement provided by YSR.

29. Under the circumstances, it would be inequitable and unjust for Ascentage to retain the benefit of YSR's executive recruitment services without paying the fair market value of those services, established at $132,000.00.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Your Source Recruiters, LLC, respectfully requests that this Court enter judgment in its favor and against Defendant, Ascentage Pharma Group Inc., as follows:

A. Awarding Plaintiff compensatory damages in the principal sum of $132,000.00;

B. Awarding Plaintiff statutory pre-judgment and post-judgment interest on Invoice No. 2026-008 ($55,000.00), calculated from September 10, 2026, and Invoice No. 2026-009 ($77,000.00), calculated from September 17, 2026;

C. Awarding Plaintiff its costs, expenses, and reasonable attorneys' fees incurred in bringing this action; and

D. Granting such other and further relief as the Court deems just, proper, and equitable.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable as a matter of right.

Dated: November 16, 2026

Respectfully submitted,

DAMAN & ASSOCIATES, LLP

Jeffrey K. Daman, Esq.
1500 Walnut Street, 7th Floor
Philadelphia, Pennsylvania 19102
Telephone: (646) 556-6649
Facsimile: (424) 645-0754
Email: jeffrey.daman@damanllp.com

**Counsel for**
**YOUR SOURCE RECRUITERS, LLC**